PAUL A. STENZEL v. BLUE RIBBON REALTY.

January 20, 1981.

Leave to appeal is granted and summarily remanded to the Appellate Division for reinstatement of the appeal and consideration on the merits.

EDWIN E. BOWEN v. DORIS ANGLE.

January 20, 1981.

Leave to appeal is granted and the matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits; and it is further

ORDERED that, while jurisdiction is to remain in the Appellate Division, the matter is temporarily remanded to the Superior Court, Chancery Division, for the limited purpose of conducting an expedited hearing on the best interests of the child; and it is further

ORDERED that the Appellate Division shall consider the entire matter on an accelerated basis.

ZACK MASTERS v. UNION BEACH PLANNING BOARD.

January 26, 1981.

The Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 85 *N.J.* 467)